IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                    No. CR S-04-0250 GEB EFB

    vs.

KERRY DEAN DARLING,

    Movant.                       <u>ORDER</u>

_____/

    This case was before the undersigned on April 11, 2012, for a status conference. Ann McClintock appeared as movant's counsel and Paul Hemesath appeared as counsel for respondent. At the hearing, the court ordered as follows:

    1. Movant shall file an amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 by April 20, 2012;

    2. Movant may subpoena visitation records from the Sacramento County Jail;

    3. All discovery shall be *completed* by July 19, 2012. The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with;

////

1

4. Respondent shall file and serve a response to petitioner's amended motion by August 20, 2012;

5. Movant's traverse, if any, is due on or before September 19, 2012; and

6. Any motion for an evidentiary hearing shall be filed by September 19, 2012.

SO ORDERED.

DATED: April 16, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE