```
1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 2:04-cr-00250 GEB EFB-1 |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| KERRY DEAN DARLING, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Having reviewed the government's request for an extension of time in this case, the litigation schedule in this matter shall be modified as follows: government's answer to the movant's amended motion shall be due October 9, 2012; movant's traverse shall be due November 8, 2012; and the deadline to move for evidentiary hearing shall be November 8, 2012.

Dated: August 21, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE