```
BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KERRY DEAN DARLING,<br><br>    Defendant. | 2:04-cr-00250 GEB EFB-1<br><br>[~~PROPOSED~~] ORDER |

## [~~PROPOSED~~] ORDER

Having reviewed the government's request for an extension of time in this case, the litigation schedule in this matter shall be modified as follows: government's answer to the movant's amended motion shall be due February 4, 2013; movant's traverse shall be due February 21, 2013; and the deadline to move for evidentiary hearing shall be March 7, 2013.

Dated: January 23, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE